SCOTT E. BRADFORD, OSB #062824
United States Attorney
District of Oregon
**JOSEPH H. HUYNH, DC #495403**
Assistant United States Attorney
Joseph.Huynh@usdoj.gov
405 E 8th Avenue, Suite 2400
Eugene, OR 97401
Telephone: (541) 465-6771
Attorneys for United States of America

**UNITED STATES DISTRICT COURT**

**DISTRICT OF OREGON**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **6:25-cr-00211-MC** |
| **v.** | **UNITED STATES'** |
| | **SENTENCING MEMORANDUM** |
| **THERESA WILLIAMS,** | |
| **Defendant.** | |

Defendant stole $44,704.00 from the Wolf Creek Job Corps account designated for payments to students in the program including upon graduation from it.  As a result, the Government recommends a low-end guideline sentence of time served.

**I.      The Offense Conduct**

From December 2023 to March 2025, defendant, while employed as a Support Service Supervisor for the Wolf Creek Job Corps located in Douglas County, Oregon, accessed the Government account funded by the U.S. Department of Labor and stole funds from the account for her own personal use.  The specific bank account is designated for payments to students in the program including upon graduation from it.  She instead took cash deposits from the account from banks in Douglas County in amounts from $341 to $2,560 for her own personal use at a

**United States' Sentencing Memorandum** **Page 1**

casino in Oregon.  In total, she stole $44,704.00 from the account.  Over time, she did re-deposit $19,575.00 to the account prior to detection of the crime.

## II.      The Plea Agreement & Guideline Computations

On October 9, 2025, Defendant pled guilty to Count 1 of the Information, which charged her with theft of Government funds in violation of 18 U.S.C. § 641.  Consistent with the plea agreement and PSR, the Government recommends the following guidelines calculation:

| Enhancement | Government's Position |
| --- | --- |
| Base Offense Level USSG § 2B1.1(a)(1) | 7 |
| Loss USSG § 2B1.1(b)(1)(c) | +4 |
| Abuse of Trust USSG § 3B 1.3 | +2 |
| Acceptance of Responsibility— USSG § 3E1.1(a) | -2 |
| Zero Point Offender USSG § 4C1.1 | -2 |
| Total Offense Level | 9 |
| Resulting Guideline Range | 4 to 10 months (CH CAT I) |
| Early Resolution Variance § 3553 | -2 |
| Adjusted Offense Level | 7 |
| **Resulting Guideline Range** | 0 to 6 months (CH CAT I) |

The Government agreed in the plea agreement to recommend a sentence at the low end of the applicable guideline range.  Defendant reserved the right to seek downward departures, adjustments, or variances from the guideline range.

## III.     Government's Recommended Sentence

Applying the 3553(a) factors for this case and consistent with the plea agreement, the Government believes its recommended sentence is appropriate.

/ / /

**United States' Sentencing Memorandum**                                          **Page 2**

**A.  The Nature and Circumstances of the Offense**

Defendant willingly and intentionally used her access to the Wolf Creek Job Corps funds to feed her gambling habits.  In doing so, she breached the trust given to her.  Fortunately, the student graduates received the funds nonetheless.

**B.  Defendant's History and Characteristics**

To her credit, Defendant is in criminal history category I.  This appears to be an isolated event for her, an anomaly from a generally law-abiding life.

**C.  The Need for the Sentence Imposed to Reflect the Seriousness of the Offense and Promote Respect for the Law**

For someone with the Defendant's criminal history and the amount of loss involved, the Government's low-end recommendation is appropriate.  To her credit, she also repaid some funds to the account prior to being arrested.

**D.  The Need for the Sentence to Afford Adequate Deterrence**

Defendant appears to understand and accept what she did was wrong.  She will continue to make amends over time.

**E.  The Need to Avoid Unwarranted Sentencing Disparities**

The Government's recommendation is consistent with the median length of imprisonment for comparable cases.

/ / /

/ / /

/ / /

/ / /

/ / /

**United States' Sentencing Memorandum**                                                    **Page 3**

IV.     **Conclusion**

Accordingly, for the reasons set forth above, the Government respectfully recommends a sentence of time served.  It agrees with probation that no period of supervised release is warranted in this case.  However, it does request restitution in the amount of $25,129 to the Wolf Creek Job Corps as indicated in the PSR.

Dated: May 20, 2026

Respectfully submitted,

SCOTT E. BRADFORD
United States Attorney

*/s/ Joseph H. Huynh*
JOSEPH H. HUYNH
Assistant United States Attorney